# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

128844

SCOTT NYS,
        Plaintiff,

v

MADONNA UNIVERSITY,
        Defendant, Third-Party
        Plaintiff-Appellant,

v

SMART (THE AUTHORITY), a/k/a SUBURBAN
MOBILITY AUTHORITY FOR REGIONAL
TRANSPORTATION,
        Third-Party Defendant-Appellee.
_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128844
COA: 252167
Wayne CC: 02-211272-NO

On order of the Court, the application for leave to appeal the April 26, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

_____
Clerk

t1121